UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE TIMOTHY C. STANCEU, SENIOR JUDGE

|  |  |
|---|---|
| STAR PIPE PRODUCTS, <br><br>          Plaintiff, <br><br>          v. <br><br>UNITED STATES, <br><br>          Defendant, <br><br>          and <br><br>ASC ENGINEERED SOLUTIONS, LLC, <br><br>          Defendant-Intervenor. | Court No. 17-00236 |

**DEFENDANT-INTERVENOR'S COMMENTS ON
THE FINAL RESULTS OF REMAND REDETERMINATION**

Defendant-Intervenor ASC Engineered Solutions, LLC ("ASC") provides these comments in opposition to the Department of Commerce's December 19, 2022 Final Results of Remand Redetermination (the "*Fourth Redetermination*") (ECF No. 102). Rather than make any new findings or decisions, the *Fourth Redetermination* incorporates Commerce's December 22, 2021 Final Results of Remand Redetermination (the "*Third Redetermination*") (ECF No. 96) and reformats it as a final scope ruling. *Fourth Redetermination* at 11-12. This does not, however, remedy the shortcomings identified in ASC's comments to this Court on the *Third Redetermination*, which we incorporate by reference hereto. *See* Defendant-Intervenor's Comments On The Final Results Of Remand Redetermination (Jan. 21, 2022) (ECF No. 97). For the same reasons explained in ASC's previous comments, the *Fourth Redetermination* is unsupported by substantial record evidence and is otherwise not in accordance with law. *Id*. In particular, Commerce, acting "under protest," erred by (1) finding that the Court directed a

45627406

particular result, (2) improperly ignoring the plain meaning of the scope in favor of interpretations of certain "(k)(1)" materials, (3) finding that the scope contains an "end use" limitation, and (4) finding that fittings made to AWWA C115 specifications are excluded from the scope. *Id*.

Respectfully, the Court should remand once again for Commerce to reconsider its decision.

Respectfully submitted,

*/s/ Daniel Schneiderman*
J. Michael Taylor
Daniel L. Schneiderman

**KING & SPALDING LLP**
1700 Pennsylvania Avenue, NW
Washington, DC  20006
(202) 737-0500

Counsel for Defendant-Intervenor
ASC Engineered Solutions, LLC

January 10, 2023

45627406

## UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE: THE HONORABLE TIMOTHY C. STANCEU, SENIOR JUDGE

| | |
|---|---|
| STAR PIPE PRODUCTS, ) | |
| Plaintiff, ) | |
| v. ) | Court No. 17-00236 |
| UNITED STATES, ) | |
| Defendant, ) | |
| and ) | |
| ASC ENGINEERED SOLUTIONS, LLC, ) | |
| Defendant-Intervenor. ) | |

## CERTIFICATE OF COMPLIANCE

The undersigned counsel certifies that these comments regarding the final remand redetermination comply with the word-count limitation described in the Court's Standard Chambers Procedures. The comments contain **209** words according to the word count function of the word processing software used to prepare the memorandum.

Respectfully submitted,

*/s/ Daniel Schneiderman*
Daniel L. Schneiderman
**KING & SPALDING LLP**
1700 Pennsylvania Avenue, NW
Suite 200
Washington, DC 20006-4706
(202) 626-2950

Counsel for Defendant-Intervenor
ASC Engineered Solutions, LLC

January 10, 2023

45627406